

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| JUAN HEREDIA AND FLOR FLORES, | § | No. 08-15-00327-CV |
| Appellants, | § | Appeal from the |
| v. | § | 327th District Court |
| MICHAEL ZIMPRICH, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2011-344) |
| | § | |

**O R D E R**

The Court GRANTS the Appellants' third motion for extension of time within which to file the brief until **September 17, 2016.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANTS' BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James D. Lucas, the Appellants' attorney, prepare the Appellants' brief and forward the same to this Court on or before September 17, 2016.

IT IS SO ORDERED this 19th day of August, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.